IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-20749
Conference Calendar

_____

VICTOR LEE HALL,

                                        Plaintiff-Appellant,

versus

H. B. HALBERT,

                                        Defendant-Appellee.

- - - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-96-CV-3726
- - - - - - - - - - -
June 17, 1998

Before DAVIS, PARKER, and DENNIS, Circuit Judges.

PER CURIAM:*

     Victor Lee Hall, Texas prisoner #624871, appeals from the

dismissal of his civil rights complaint as frivolous.  He

contends that Dr. H. B. Halbert was deliberately indifferent to

his serious medical needs because he failed to order Hall removed

from a dusty working environment and because he discontinued a

working restriction imposed by another prison physician.

     We have reviewed the record and the briefs of the parties,

and we find no nonfrivolous issue.  Accordingly, we dismiss

_____

     * Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Hall's appeal for essentially the same reasons as those relied upon by the district court. *Hall v. Halbert*, No. H-96-CV-3726 (S.D. Tex. Aug. 11, 1997)(*Spears* hearing transcript at pp. 8-9).

Hall's appeal is without arguable merit and is frivolous. *Howard v. King*, 707 F.2d 215, 219-20 (5th Cir. 1983). We caution Hall that any additional frivolous appeals filed by him or on his behalf will invite the imposition of sanctions. To avoid sanctions, Hall is further cautioned to review any pending appeals to ensure that they do not raise arguments that are frivolous.

APPEAL DISMISSED. 5TH CIR. R. 42.2. SANCTION WARNING ISSUED.